FILED: August 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4956
(1:13-cr-00233-GBL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM DEAN CHAPMAN

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Niemeyer, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk